# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 26, 2025

Before
MICHAEL B. BRENNAN, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| No. 25-1627 | LYNNETTE J. KAISER, on behalf of herself and all other persons similarly situated, et al.,<br>    Plaintiffs - Appellees<br>v.<br><br>ALCOA USA CORP., et al.,<br>    Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:20-cv-00278-RLY-CSW<br>Southern District of Indiana, Evansville Division<br>District Judge Richard L. Young ||

The following are before the court:

1. **DEFENDANTS-APPELLANTS' MOTION TO STAY INJUNCTION PENDING APPEAL**, filed on August 8, 2025, by counsel for the appellants.

2. **RESPONSE BRIEF OF PLAINTIFFS-APPELLEES IN OPPOSITION TO ALCOA'S MOTION TO STAY INJUNCTION**, filed on August 18, 2025, by counsel for the appellees.

3. **DEFENDANTS-APPELLANTS' REPLY IN SUPPORT OF MOTION TO STAY**, filed on August 25, 2025, by counsel for the appellees.

**IT IS ORDERED** that the appellants' motion for a stay of the injunction pending appeal is **DENIED**.

form name: **c7_Order_3J**    (form ID: **177**)